# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201800072**

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JOSHUA A. DINGMAN
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:  Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations-West, Marine Corps Base Camp Pendleton, California.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd J. Enge, USMC.
For Appellant: Major J. S. Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 10 July 2018

_____

Before WOODARD, MARKS, and FOIL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court